UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAYLOR ENERGY COMPANY, L.L.C.**                    **CIVIL ACTION**

**VERSUS**                                           **NO. 18-14046**
                                                     **C/W 18-14051**

**COUVILLION GROUP LLC**                             **SECTION: "B"(5)**

## ORDER AND REASONS

Considering Plaintiff Taylor Energy Company, L.L.C.'s "Motion for Expedited Hearing" (Rec. Doc. 24) and "Motion for Expedited Pretrial Conference and for Entry of Scheduling Order Allowing for Expedited Discovery" (Rec. Doc. 23),

**IT IS ORDERED** that the instant motions for expedited conference, expedited discovery, and expedited hearing are **DENIED WITHOUT PREJUDICE**.

Movant fears that Defendant's proposed containment efforts will aggravate a decade-plus-long discharge of sub-sea minerals from movant's offshore wells following Hurricane Ivan in 2004. Based on its fears and other factors, Movant sues Defendant, seeking declaratory and injustice relief. Notably, Movant has a previously filed related action against a federal official and the U.S. Coast Guard (USCG). That action seeks among other things, to vacate agency decisions by the USCG in response to the alleged weather-related loss of movant's wells including related efforts to contain noted discharge of minerals from movant's wells. *See* CA #18-14046.

The unsubstantiated fears of future potentialities do not merit expedited consideration. *Compare Winter v. National Resources Defense Council, Inc.*, 555 U.S. 7, 22, 129 S.Ct. 365 (2008); *Morrell v. City of Shreveport*, 536 Fed. Appx. 433, 435 (5th Cir. 2013). While courts have expedited discovery in cases involving preliminary injunctions, courts have not found good cause where Plaintiff seeks expedited discovery to decide whether it will potentially seek such relief. *Fiduciary Network, LLC v. Buehler*, 2015 WL 11120985 at *2 (N.D. Tx. March 23, 2015). Further, a complaint for injunctive relief does not constitute *per se* good cause. *See Philadelphia Newspapers, Inc. v. Gannett Satellite Info. Network, Inc.*, 1998 WL 404820, at *1-2 (E.D. PA. July 15, 1998).

Lacking evidence of irreparable harm and un-pursuaded that Plaintiff-Movant has shown a need for expedited discovery that outweighs prejudice to the Defendant here or Defendants in the related action, Plaintiffs' requests for noted expedited considerations fail.

New Orleans, Louisiana, this 16th day of January, 2019.

_____
SENIOR UNITED STATES DISTRICT JUDGE