UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

**TAYLOR ENERGY COMPANY LLC**                               CIVIL ACTION

**VERSUS**                                                  NO. 18-14046

**KRISTI LUTTRELL ET AL**                                   SECTION "B"(5)

### ORDER

Considering "Plaintiff Taylor Energy Company LLC's Request for Oral Argument" (Rec. Doc. 30),

**IT IS ORDERED** that the request is **GRANTED**.

**IT IS FURTHER ORDERED** that **no later than February 25, 2019** defendants shall file their response to plaintiff's "Motion for Jurisdictional Discovery and Renewed Motion for Expedited Pre-Trial Conference and Entry of Scheduling Order Allowing for Expedited Discovery". (Rec. Doc. 29).

**IT IS FURTHER ORDERED** that a hearing will be held in open court, with oral argument, at **9:00 A.M. on February 27, 2019** on the latter motion and the pending Motion to Dismiss filed by Couvillion Group, LLC. (Rec. Doc. 27).

**Failure to timely file written memorandum in opposition to any motion may constitute additional grounds for granting an unopposed and meritorious motion or prevent oral argument from a party that has not timely responded in accordance with local and federal rules.**

New Orleans, Louisiana, this 19th day of February, 2019.

SENIOR UNITED STATES DISTRICT JUDGE