# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC, | CIVIL ACTION |
| Plaintiff, | |
| VERSUS | NO.: 18-14046 c/w 18-14051 |
| CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, and THE UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE UNITED STATES COAST GUARD, | Refers to: 18-14051 |
| | SECTION: B(5) |
| | JUDGE: LEMELLE |
| | MAGISTRATE: NORTH |
| Defendants | |

## TAYLOR ENERGY'S SUPPLEMENTAL MEMORANDUM REGARDING RECENTLY ACQUIRED EVIDENCE

**NOW INTO COURT**, through undersigned counsel, comes Taylor Energy Company LLC ("Taylor Energy"), which files this Supplemental Memorandum in Opposition to Couvillion Group, LLC ("Couvillion") Motion to Dismiss Under Rule 12(B) (Rec. Doc. 27) to bring to the Court's attention recently acquired relevant evidence.

As Taylor Energy explained to the Court in prior filings, and at oral argument held on February 27, 2019, there are real and substantial concerns that the activities of Couvillion at the MC20 Site would exacerbate the sheen on the ocean's surface. Taylor Energy's concerns have, unfortunately, been realized.

Regular overflight observations of the sheen have consistently been in the lower tens of gallons. *See* United States Coast Guard, National Response Center website at www.nrc.uscg.mil. However, the volumes since Couvillion has been working at the Site have increased substantially. As indicated on the attached Facility Incident Reports publicly filed on the National Response

{N3789369.1}

Center's website, and as summarized below, the increased estimated volumes are:

| Incident Date | Quantity |
|---|---|
| 03/07/19 | 591.52 Gallons |
| 03/08/19 | 258.01 Gallons |
| 03/09/19 | 146.78 Gallons |
| 03/10/19 | 413.91 Gallons |
| 03/12/19 | 305.9 Gallons |

*See* Exhibits A-E, attached, respectively. The Court should take judicial notice of these publicly filed reports. *See* F.R.E. 803(8).

For these additional reasons, Taylor Energy Company LLC has standing and its Complaint against Couvillion is ripe. Couvillion's Motion to Dismiss should be denied.

Respectfully submitted,

*/s/ Carl D. Rosenblum*
CARL D. ROSENBLUM, T.A. (#02083)
RICHARD D. BERTRAM (#17881)
ALIDA C. HAINKEL (#24114)
LAUREN C. MASTIO (#33077)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8296
crosenblum@joneswalker.com

**Counsel for Taylor Energy Company LLC, Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this 15th day of March, 2019 a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

*s/ Carl D. Rosenblum*
CARL D. ROSENBLUM
