# Facility Incident Report

| ☐ Drill  ☒ Actual Incident | Incident Name  20 Mississippi Canyon - 19 | NRC Number  1239461 |

| **Responsible Party** | **Reporting Party** | **Suspected Responsible Party** |
|---|---|---|
| | Name: William Pecue | Company: Taylor Energy |
| | Position: | Name: William Pecue |
| | Phone: 504-589-0572     Fax: | Phone: 504-589-0572     Fax: |
| | Company: Taylor Energy | Notified: ☒ Not Notified  ☐ Notified |
| | Email: wpecue@taylorenergy.com | Email: wpecue@taylorenergy.com |
| | Address: One Lee Circle | Address: One Lee Circle |
| | City: New Orleans   State: Louisiana | City: New Orleans   State: Louisiana |
| | Zip: 70130   Country: United States of America | Zip: 70130   Country: United States of America |

| **Time and Location** | |
|---|---|
| Incident date: 03/07/2019 08:52 | Time Zone: (GMT-06:00) Central Time (US & Canada) |
| Incident Reported to QI/C: 03/07/2019 10:28 | Time Zone: (GMT-06:00) Central Time (US & Canada) |
| Area Name: Mississippi Canyon | Block: 20   Area Abv#: MC |
| Facility Type: E & P Platform | Facility: MC 20 A   OCSG# |
| Latitude: 28.94° N | Longitude: 88.97° W |
| Nearest City: Venice LA | Miles To City: 20.00   Miles to shore: 10.60 |
| Incident Type: Product Release | |
| Incident Description: Sheen from platform damaged due to Hurricane Ivan. Sheen heading 052°. | |

| **Materials Discharged** | |
|---|---|
| Amt Discharged: Quantity: 591.52 Gallons | Material Discharged: Crude Oils   API Gravity: 23.6 |
| Body of Water Affected: GOM | |
| Ground Water Affected: ☒ No  ☐ Yes | Water Intake Affected: ☒ No  ☐ Yes |
| Spill Size: Length: 9.4 Miles | Width: 5.7 Miles |
| Slick Size: Estimated percentage of area covered by slick: 40 % | |
| Spill Source: ☐ Source secured date and time; or   Date:   Time: | |
| ☒ Source continuous-estimated rate   Rate: each | |
| Color of slick: Appearance percentage: | 90 % barely visible | 10 % silvery | slight color |
| | brightly colored | dull | dark |

| **Weather** | |
|---|---|
| Air Temp: | Water Temp: |
| Ceiling: 12000 Feet | Visibility: clear |
| Wind Dir: NE °Heading | Wind Velocity: 7 knots |
| Seas: chop Feet | High Tide Time: 00:00 |
| Current Dir: | Current Speed: |

| **Response Action** | Actions taken to correct/ mitigate incident: Make required notifications. |
|---|---|

| **Additional Information** | Injuries: 0   Fatalities: 0 |
|---|---|
| | Evacuated: ☒ No  ☐ Yes |

CommandPRO®   03/07/2019 11:05   Page 1 of 2   WITT O'BRIEN'S

Generated by Witt O'Brien's


EXHIBIT A

## Facility Incident Report

Damage: ☒ No  ☐ Yes

**Do not delay reporting additional information. Call NRC at (800)424-8802 or (202)267-2675**

For spills Involving a Load Out or Vessel Collision. Obtain Information from the Boat Captain.

Captain's Name: 

Vessel Name:

Captain's Address:

Vessel Owner:

Captain's Phone:

Fax:

Card Number:

Call Sign:

Agent:

Flag:

Remarks:

### Company Notifications

| Reported By | Reported to (name) | Reported to (Position) | Update 201-2 | Time | Date |
|---|---|---|---|---|---|
| Gerry Martinez | Holton Aaron | Senior Emergency Response Coordinator | ☒ | 10:39 | 03/07/2019 |

### Agencies Notifications

| Reported By | Reported to (name) | Agency/Organization | Assigned# | Time | Date |
|---|---|---|---|---|---|
| Gerry Martinez | left voicemail | BSEE New Orleans | | 10:51 | 03/07/2019 |
| Gerry Martinez | left voicemail | BSEE New Orleans | | 10:55 | 03/07/2019 |
| Gerry Martinez | Rita Lewis | BSEE New Orleans | | 10:59 | 03/07/2019 |
| Gerry Martinez | Mr. Law | CG Sector New Orleans, LA | | 10:49 | 03/07/2019 |
| Gerry Martinez | P.O McGlynn | National Response Center | 1239461 | 10:43 | 03/07/2019 |