## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC, <br><br> Plaintiff, <br><br> VERSUS <br><br> CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, and THE UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE UNITED STATES COAST GUARD, <br><br> Defendants | CIVIL ACTION <br><br> NO.:        18-14046 c/w <br>                18-14051 <br><br> Refers to:   18-14046 <br><br> SECTION:   B(5) <br><br> JUDGE:      LEMELLE <br><br> MAGISTRATE:   NORTH |

### *EX PARTE* MOTION FOR
### EXPEDITED CONSIDERATION OF TAYLOR ENERGY'S MOTION TO COMPEL, MOTION FOR EVIDENTIARY HEARING, AND ALTERNATIVE MOTION FOR EXPEDITED DISCOVERY AND INCORPORATED MEMORANDUM

**NOW COMES**, Taylor Energy Company LLC ("Taylor Energy"), through undersigned counsel, which respectfully moves this Court for expedited consideration of its Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery (Rec. Doc. 68). Good cause exists for such expedited consideration because Taylor Energy is seeking limited and targeted discovery in connection with Healthy Gulf's Motion to Intervene, and it is logical to consider that request in advance of the Court considering the merits of Healthy Gulf's Motion to Intervene.  It is noted that Healthy Gulf's Motion to Intervene attached a Declaration (Rec. Doc. 54-3), and as discussed in Taylor Energy's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery, Taylor Energy should be entitled to traverse the factual allegations contained therein so that it may properly oppose Healthy Gulf's Motion to Intervene and the alleged evidence submitted in support thereof.

{N3797366.1}

1.

On March 15, 2019, Healthy Gulf filed a Motion to Intervene (Rec. Doc. 54), accompanied by a Memorandum in Support, a Proposed Answer in Intervention, the Declaration of Scott Eustis, and a Notice of Submission for the next available submission date of April 3, 2019.

2.

Additionally, on March 19, 2019, the Court issued an Order setting oral argument on Healthy Gulf's Motion to Intervene for April 3, 2019 (Rec. Doc. 59).

3.

So as to afford Taylor Energy an opportunity to adequately oppose Healthy Gulf's Motion to Intervene and also to give the parties sufficient time to work through a disagreement as to whether Taylor Energy is entitled to conduct limited discovery of Healthy Gulf and of Mr. Eustis concerning his Declaration in advance of the Court's consideration of the Motion to Intervene, Taylor Energy filed a consent motion to continue the submission date and oral argument (Rec. Doc. 60), and the Court issued an Order granting said motion and re-setting the hearing on Healthy Gulf's Motion to Intervene for April 24, 2019 (Rec. Doc. 63).

4.

Despite various exchanges between counsel for Taylor Energy and counsel for Healthy Gulf, the parties were unable to amicably resolve their disagreement regarding the limited discovery sought by Taylor Energy, and Taylor Energy filed a Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery.

5.

The next available submission date for Taylor Energy's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery is April 24, 2019, the same date as the hearing on Healthy Gulf's Motion to Intervene.

6.

The limited and targeted discovery that Taylor Energy seeks and the subject of its Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery, is directly related to Healthy Gulf's Motion to Intervene; therefore, it is in the interest of justice, fundamental fairness and judicial efficiency that the Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery be considered in advance of the Court considering the merits of Healthy Gulf's Motion to Intervene.

7.

Because the current submission date for Taylor Energy's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery does not allow the Court time to consider this motion in advance of Healthy Gulf's Motion to Intervene, much less before its deadline to file an opposition to Healthy Gulf's Motion to Intervene, Taylor Energy respectfully requests that this Court consider its Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery on an expedited basis.

**WHEREFORE**, Taylor Energy Company LLC prays that its Motion for Expedited Consideration be granted and that the Court consider its Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery on an expedited basis.

Respectfully submitted,

*s/ Lauren C. Mastio*
CARL D. ROSENBLUM, T.A. (#02083)
RICHARD D. BERTRAM (#17881)
ALIDA C. HAINKEL (#24114)
LAUREN C. MASTIO (#33077)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone: (504) 582-8000
Facsimile: (504) 589-8296
lmastio@joneswalker.com

**Counsel for Taylor Energy Company LLC, Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this 2nd day of April, 2019 a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system. Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

*s/ Lauren C. Mastio*
LAUREN C. MASTIO