# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC,<br><br>    Plaintiff,<br><br>VERSUS<br><br>CAPTAIN KRISTI M. LUTTRELL,<br>IN HER OFFICIAL CAPACITY AS<br>FEDERAL ON-SCENE COORDINATOR<br>FOR THE MC20 UNIFIED COMMAND,<br>and THE UNITED STATES OF AMERICA,<br>ACTING BY AND THROUGH THE<br>UNITED STATES COAST GUARD,<br><br>    Defendants | CIVIL ACTION<br><br>NO.:    18-14046 c/w<br>         18-14051<br><br>Refers to:   18-14046<br><br>SECTION:    B(5)<br><br>JUDGE:    LEMELLE<br><br>MAGISTRATE:    NORTH |

## ORDER

Upon consideration of the Motion for Expedited Consideration of the Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery filed on behalf of Taylor Energy Company LLC, it is hereby ORDERED that the motion is GRANTED, and the Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery will be considered on an expedited basis. Taylor Energy Company LLC's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery (Rec. Doc. 68) will be submitted to the Honorable Michael B. North, Magistrate Judge, United States District Court for the Eastern District of Louisiana, 500 Poydras Street, Room B-407, New Orleans, Louisiana, on **April _____, 2019 at _____ ____.m.** Healthy Gulf is ordered to file its response to Taylor Energy Company LLC's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery on or before **April __5th__, 2019.**

**DENIED**

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE

{N3797311.1}