UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION |
| VERSUS | NUMBER: 18-14046 |
| KRISTI LUTTRELL, ET AL. | SECTION: "B"(5) |

**ORDER**

Plaintiff has filed a motion in this case which, including exhibits, is 113 pages in length. (Rec. doc. 68). Because that submission exceeds 50 pages, within three (3) working days counsel for Plaintiff shall deliver a hard copy of said motion and exhibits to the undersigned's chambers at 500 Poydras Street, Room B419. This copy must be in a three-ring binder, tabbed, and reflect pagination and document numbers consistent with the electronic document stamping of the CM/ECF system. Counsel for the parties are reminded that any future filings greater than 50 pages in total length shall automatically be subject to the same requirement.

New Orleans, Louisiana, this  5th  day of  April , 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE