UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION |
| VERSUS | NUMBER: 18-14046 c/w 18-14051 |
| KRISTI LUTTRELL, ET AL. | SECTION: "B"(5) |

**ORDER**

The Court's order of April 5, 2019 (rec. doc. 73) is hereby vacated. Plaintiff's motion to compel, motion for evidentiary hearing, and alternative motion for expedited discovery (rec. doc. 68) will be heard on April 18, 2019 at 11:00 a.m. in Courtroom B407, Hale Boggs Building, 500 Poydras Street, New Orleans, Louisiana. Memoranda in opposition to that motion may be filed before noon on April 15, 2019. The submission and hearing date on Healthy Gulf's motion to intervene (rec. doc. 54) is continued to May 15, 2019 at 11:00 a.m.

New Orleans, Louisiana, this 10th day of April, 2019.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE