UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAYLOR ENERGY COMPANY LLC                         CIVIL ACTION

VERSUS                                                             NUMBER: 18-14046
                                                                              c/w 18-14051

KRISTI LUTTRELL, ET AL.                                  SECTION: "B"(5)

## ORDER ON MOTION
## APRIL 12, 2019

APPEARANCES:

MOTION:

(1) Plaintiff's Motion to Compel, Motion for Evidentiary Hearing, and Alternative Motion for Expedited Discovery (Rec. doc. 68).

   1   : Continued to April 24, 2019 at 11:00 a.m.

_____ : No opposition.

_____ : Opposition.

## ORDERED

_____ : Dismissed as moot.

_____ : Dismissed for failure of counsel to appear.

_____ : Granted.

_____ : Denied.

_____ : Other.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE