UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION NO. |
| | 18-14046  C/W  18-14051 |
| VERSUS | |
| | REPORT PERTAINS TO: 18-14046 |
| CAPTAIN KRISTI M. LUTTRELL, | |
| IN HER OFFICIAL CAPACITY AS | SECTION:  B (5) |
| FEDERAL ON-SCENE COORDINATOR | |
| FOR THE MC20 UNIFIED COMMAND, et al. | JUDGE:  IVAN LEMELLE |

**FEDERAL DEFENDANTS' SECOND STATUS REPORT**

In further response to the Court's order filed on April 18, 2019 in these consolidated cases, the defendants in Case No. 18-14046 ("Federal Defendants") submit the following status report.

1. On April 30, 2019, in response to the Court's order filed on April 18, 2019 (ECF No. 78), Plaintiff Taylor Energy Company, LLC, Defendant Couvillion, Group, LLC ("Couvillion") (the Defendant in Case No. 18-14051), and the Federal Defendants each filed a memorandum or status report addressing issues relating to jurisdictional discovery proposed by Plaintiff.  The Federal Defendants' status report stated, inter alia, that in Federal Defendants' view the progress of work at the site may soon render both of Plaintiff's complaints moot.  Federal Defendants therefore proposed to submit for the Court's and parties' convenience a further status report by May 14, 2019, and to identify by that date whether the Federal Defendants intended to move for summary judgment on the ground of mootness.  *See* ECF No. 86 at 3, ¶ 7.  Today's report is submitted in accordance with that proposal.

2. In November 2018, Captain Luttrell, the Federal Onscene Coordinator ("FOSC"), selected Couvillion Group, LLC, to fabricate and install a containment system at the MC-20 site. Couvillion's work on the containment system was done at the direction of the FOSC and

overseen by Coast Guard personnel acting as representatives of the FOSC. The containment system is now fully installed and operating as planned. The collection tanks of the system have been pumped three times and the recovered oil transported to shore. More than 30,000 gallons of oil have been recovered. Based on the amount of oil captured to date, the Coast Guard is preparing a standard operating procedure for containment operations and maintenance.

3. In light of the developments summarized above, Federal Defendants intend to move for summary judgment on the ground of mootness and anticipate filing such a motion by Friday, May 24, 2019.

In New Orleans, Louisiana, this 14th day of May, 2019.

Respectfully submitted,

/s/ Brian H. Lynk
BRIAN H. LYNK (DC Bar. No. 459525)
Trial Attorney
Environmental Defense Section
United States Department of Justice
P.O. Box 7611
Washington, DC 20044
Street address: 601 D Street, NW,
Suite 8000, Washington, DC 20004
Telephone: (202) 514-6187
brian.lynk@usdoj.gov

*Of Counsel:*
BRIAN JUDGE
  *Chief, Office of Claims and Litigation*
  United States Coast Guard
  Washington, DC

2

## **CERTIFICATE OF SERVICE**

  I hereby certify that, on this 14th day of May, 2019, I filed the foregoing on counsel of record via the Court's ECF system.

                        /s/ *Brian H. Lynk*