UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION NO. 18-14046  C/W  18-14051 |
| VERSUS | |
| | MOTION PERTAINS TO: 18-14046 |
| CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, et al. | SECTION:  B (5) |
| | JUDGE:  IVAN LEMELLE |

**FEDERAL DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 56.1, and based upon the attached Statement of Undisputed Material Facts and the reasons explained in the Memorandum of Points and Authorities, Defendants Captain Kristi M. Luttrell, in her official capacity as Federal On-Scene Coordinator for the MC20 Unified Command, and the United States of America, acting by and through the United States Coast Guard (collectively, "Federal Defendants"), respectfully move for a summary judgment of dismissal of the Complaint with prejudice.  As shown in the Memorandum, due to changed circumstances since the filing of the Complaint, Plaintiff's claims have become moot.

In New Orleans, Louisiana, this 24th day of May, 2019.

                                              Respectfully submitted,

                                              */s/  Brian H. Lynk*_____
                                              BRIAN H. LYNK (DC Bar. No. 459525)
                                               Trial Attorney
                                               Environmental Defense Section
                                               United States Department of Justice
                                               P.O. Box 7611
                                               Washington, DC 20044
                                               Street address:  601 D Street, NW,
                                               Suite 8000, Washington, DC 20004
                                               Telephone: (202) 514-6187

brian.lynk@usdoj.gov

*Of Counsel:*
BRIAN JUDGE
  *Chief, Office of Claims and Litigation*
  United States Coast Guard
  Washington, DC

## CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of May, 2019, I filed the foregoing on counsel of record via the Court's ECF system.

>                                          */s/ Brian H. Lynk*
>                                          BRIAN H. LYNK