**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC,** | **CIVIL ACTION** |
| **Plaintiff,** | **NO.:**          **18-14046 c/w** |
| | **18-14051** |
| **VERSUS** | |
| | **Refers to:**      **18-14046** |
| **CAPTAIN KRISTI M. LUTTRELL,** | |
| **IN HER OFFICIAL CAPACITY AS** | **SECTION:**      **D(5)** |
| **FEDERAL ON-SCENE COORDINATOR** | |
| **FOR THE MC20 UNIFIED COMMAND,** | **JUDGE:**         **VITTER** |
| **and THE UNITED STATES OF** | |
| **AMERICA, ACTING BY AND** | **MAGISTRATE:**   **NORTH** |
| **THROUGH THE UNITED STATES** | |
| **COAST GUARD,** | |
| | |
| **Defendants** | |

**TAYLOR ENERGY'S MOTION UNDER FED. R. CIV. P. 56(D) TO CONTINUE**
**SUBMISSION DATE ON FEDERAL DEFENDANTS'**
**MOTION FOR SUMMARY JUDGMENT AND FOR DISCOVERY**

Plaintiff, Taylor Energy Company LLC ("Taylor Energy"), through its undersigned counsel, moves this Court for an order continuing the current July 3, 2019 submission date on Federal Defendants' Motion for Summary Judgment ("Motion") (Rec. Doc. 105) filed on behalf of Defendants Captain Kristi M. Luttrell, in her official capacity as Federal On-Scene Coordinator for the MC20 Unified Command and the United States of America, acting by and through the United States Coast Guard, for at least sixty to ninety days and for an order to allow Taylor Energy to conduct discovery pursuant to Fed. R. Civ. P. 56(d) on the issues raised by the Motion, as discussed more fully in the accompanying supporting memorandum.

{N3828197.1}

Respectfully submitted,

_s/ Carl D. Rosenblum_

CARL D. ROSENBLUM, T.A. (#02083)
RICHARD D. BERTRAM (#17881)
ALIDA C. HAINKEL (#24114)
LAUREN C. MASTIO (#33077)
Jones Walker LLP
201 St. Charles Avenue, 49th Floor
New Orleans, Louisiana 70170-5100
Telephone:  (504) 582-8296
Facsimile:  (504) 589-8296
crosenblum@joneswalker.com

**Counsel for Taylor Energy Company LLC, Plaintiff**

## CERTIFICATE OF SERVICE

I certify that on this 5th day of June, 2019, a true and correct copy of the foregoing pleading was filed electronically with the Clerk of Court of the Eastern District of Louisiana by using the CM/ECF system.  Notice of this filing will be sent to all counsel of record registered to receive electronic service by operation of the CM/ECF system.

_s/ Carl D. Rosenblum_