UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO. 18-14046-WBV-MBN** |
| | **c/w 18-14051** |
| **CAPTAIN KRISTI M. LUTTRELL, ET AL.** | |

## ORDER

This matter was reallotted from Section B - Judge Ivan Lemelle - to this section of the court by order dated June 3, 2019.  (Rec. Doc. 109).

Because the undersigned would like to disclose a potential conflict with this matter, **IT IS ORDERED** that a status conference be and hereby is scheduled on Thursday, June 13, 2019, at 2:30 p.m. in Chambers C-368.  If the attorneys are unavailable, participation by teleconference will be acceptable.

New Orleans, Louisiana this 11th day of June, 2019.

_____
**WENDY B. VITTER**
**United States District Judge**