MINUTE ENTRY
NORTH, M.J.
AUGUST 7, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION |
| VERSUS | NUMBER: 18-14046<br>c/w 18-14051 |
| CAPTAIN KRISTI LUTTRELL, ET AL. | SECTION: "T"(5) |

**HEARING ON MOTION**

COURT REPORTER:   Mary Thompson

APPEARANCES:    Carl Rosenblum, Thomas Casey, Pat McShane, Lauren Guichard

MOTION:

(1)    Plaintiff's Motion to Compel Jurisdictional Discovery Responses (Rec. doc. 123).

_____ :    Continued to

_____ :    No opposition

__1__ :    Opposition

**ORDERED**

_____ :    Dismissed as moot.

_____ :    Dismissed for failure of counsel to appear.

_____ :    Granted.

_____ :    Denied.

__1__ :    Other. **Plaintiff's Interrogatories to Couvillion:**
　　　　　No. 3:  Defendant's answer is sufficient.
　　　　　Nos. 4, 5:  Supplemental answers are not warranted – what was said or represented in proposals does not fall within the limitations placed on jurisdictional discovery, which make inquiry into anything other than the actual scope of work and the work that was actually performed irrelevant.
　　　　　No. 6:  Defendant's answer is sufficient.
　　　　　No. 8:  Same as the Court's ruling on Nos. 4 and 5, *supra*.

MJSTAR (00:20)

Nos. 10, 14: Defendant is to fully answer.
Nos. 15, 16: Denied as argumentative but without prejudice to Plaintiff's right to seek responsive information via deposition.
No. 17: Denied as overly broad; Plaintiff may seek this information via deposition.
Nos. 18, 20: Defendant is to answer.
No. 21: Denied as argumentative; Plaintiff may seek this information via deposition.
No. 22: Defendant is to answer.
No. 23: Same as Court's ruling on No. 21, *supra*.
No. 24: Defendant is to answer.

**Plaintiff's Requests for Production of Documents to Couvillion:**
No. 1(a)-(e), (g), (k): Defendant is to respond. Denied as to (f, h, i, j).
Nos. 2, 5, 7, 15, 17, 21, 25: Defendant is to respond.
No. 8: Defendant's response is sufficient.
Nos. 9, 10: Defendant is to respond.
No. 13: Denied.
Nos. 14, 16: Denied.
Nos. 18, 19, 27: Denied as argumentative.
Nos. 20, 21: Defendant is to respond.
No. 22: Couvillion is to produce any and all risk assessment plans that exist that are actually associated with the work.
No. 23: Defendant is to respond.

The production ordered above is to be accomplished within 30 days with a rolling production to be commenced sooner if at all possible. Where no documents responsive to a request identified above exist, Defendant's response shall so state. The parties are encouraged to begin setting aside dates for depositions following the document production ordered herein in the event that those depositions become necessary.

---

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE