UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION NO.<br>18-14046 C/W 18-14051 |
| VERSUS | |
| | MOTION PERTAINS TO: 18-14046 |
| CAPTAIN KRISTI M. LUTTRELL,<br>IN HER OFFICIAL CAPACITY AS<br>FEDERAL ON-SCENE COORDINATOR<br>FOR THE MC20 UNIFIED COMMAND, et al. | SECTION: "T"(5)<br><br>JUDGE: GREG G. GUIDRY<br><br>MAGISTRATE JUDGE:<br>MICHAEL NORTH |

## ORDER

Upon consideration of the Unopposed Motion for One-Week Extension of Time to Respond to Plaintiff's Motion to Compel filed by Defendants Captain Kristi M. Luttrell and United States of America in Case No. 18-14046,

IT IS ORDERED that the motion is GRANTED for good cause shown. The hearing date on the Motion to Compel (Rec. doc. 162)[1] is continued to November 6, 2019 at 11:00 a.m. with oral argument. The Federal Defendants shall have until October 29, 2019 to respond to said motion.

SO ORDERED in New Orleans, Louisiana, this 18th day of October, 2019.

_____
Michael B. North
United States Magistrate Judge

---

[1] Counsel for Plaintiff is reminded of the Court's standing order of April 5, 2019 (rec. doc. 74) relative to providing a hard copy of filings in excess of 50 pages to chambers in advance of the hearing.