MINUTE ENTRY
NORTH, M.J.
OCTOBER 30, 2019

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION |
| VERSUS | NUMBER: 18-14046 c/w 18-14051 |
| CAPTAIN KRISTI M. LUTTRELL, ET AL. | SECTION: "T"(5) |

**HEARING ON MOTION**

COURT REPORTER:  Mary Thompson

APPEARANCES:   Pat McShane, Lauren Guichard, Carl Rosenblum, Thomas Casey, Lauren Mastio, Mark Walters

MOTION:

(1)   Couvillion's Motion to Quash (Rec. doc. 167).

_____ :   Continued to

_____ :   No opposition

__1__ :   Opposition

**ORDERED**

_____ :   Dismissed as moot.

_____ :   Dismissed for failure of counsel to appear.

_____ :   Granted.

_____ :   Denied.

__1__ :   Other.  Pursuant to FRCP 16 and LR 16.1(c), all merits discovery in this consolidated matter is hereby stayed, as to all parties and non-parties, pending the resolution of the jurisdictional challenge to be brought by Couvillion and

MJSTAR (00:20)

the motion for summary judgment filed by the Federal Defendants. Accordingly, the 16 subpoenas duces tecum at issue in Couvillion's motion are quashed. Taylor Energy is to provide notice thereof to the 16 subcontractors/vendors. In light of the stay on merits discovery, Taylor Energy's motion to compel (rec. doc. 162) is dismissed without prejudice and the hearing that was scheduled for November 6, 2019 at 11:00 a.m. is cancelled.

_____
MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE