UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAYLOR ENERGY COMPANY, L.L.C.                    CIVIL ACTION

VERSUS                                           NO: 18-14046 c/w 18-14051

KRISTI M. LUTTRELL, CAPTAIN, in                  SECTION: T (5)
her official capacity as Federal On-Scene
Coordinator for the MC20 Unified
Command, et al.

## ORDER

The Court having considered the motions requesting a status conference (R. Docs. 144 and

149),

**IT IS ORDERED** that the motions are DENIED. The Court has reviewed the Joint Status

Report filed by the parties on November 12, 2019. R. Doc. 181.

New Orleans, Louisiana, this 25th day of November 2019.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE