UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-14046 c/w 18-14051** |
| **CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, ET AL.** | **ORDER PERTAINS TO: 18-14046** <br><br> **SECTION: T** |

### ORDER

On May 24, 2019, Defendants Captain Kristi M. Luttrell, in her official capacity as Federal On-Scene Coordinator for the MC20 Unified Command, and the United States of America, acting by and through the United States Coast Guard (collectively, "Federal Defendants") filed the Federal Defendants' Motion for Summary Judgment,[1] and noticed it for submission on July 3, 2019.

On June 13, 2019, Taylor Energy Company, LLC's Motion to Continue the Submission Date on Federal Defendants' Motion for Summary Judgment[2] was granted and the submission date was continued without a new date.[3]

**IT IS ORDERED** that the Federal Defendants' Motion for Summary Judgment[4] is set for submission on **February 19, 2020.**

**New Orleans, Louisiana**, on this 28th day of January, 2020.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**

---

[1] R. Doc. 105.
[2] R. Doc. 110.
[3] R. Doc. 118.
[4] R. Doc. 105.