UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY, LLC | CIVIL ACTION |
| VERSUS | NO: 18-14046 |
| | **REF:  ALL CASES** |
| KRISTI M. LUTTRELL, ET AL | SECTION: "T" (5) |

### <u>NOTICE REGARDING ORAL ARGUMENT REQUEST</u>

Request for oral argument has been filed **(Rec. Doc. #188)** in conjunction with a Motion for Leave to File Excess Pages by Couvillion Group LLC. **(Rec. Doc. #187)** scheduled for submission before the district judge in this matter.  <u>Notwithstanding Local Rule 78.1</u>, this Court will issue an order setting oral argument for a specific date and time **<u>if</u>** the Court grants the request. Counsel should <u>not</u> appear for oral argument until ordered to do so.  Deadlines for response memoranda are not extended--those deadlines are based on the <u>noticed</u> submission date and are governed by the Local Rules.

THIS NOTICE DOES <u>NOT</u> APPLY TO PROCEEDINGS BEFORE THE ASSIGNED MAGISTRATE JUDGE.

DEDRA D. PONGRACZ, FOR THE COURT
CASE MANAGER SECTION "T"
dedra_pongracz@laed.uscourts.gov