UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **TAYLOR ENERGY COMPANY LLC** | **CIVIL ACTION** |
| **VERSUS** | **NO: 18-14046 c/w 18-14051** |
| **CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, ET AL.** | **ORDER PERTAINS TO: 18-14046**<br><br>**SECTION: T** |

### ORDER

Considering the Motion for Summary Judgment (R. Doc. 105), Taylor Energy's Motion Under Fed. R. Civ. P. 56(D) to Continue Submission Date on Federal Defendants' Motion for Summary Judgment and for Discovery (R. Doc. 110), and the Joint Motion to Continue Submission Date on "Federal Defendants' Motion for Summary Judgment" (R. Doc. 192);

**IT IS ORDERED** that the Motion for Summary Judgment (R. Doc. 105) is **DENIED WITHOUT PREJUDICE.** Defendants are not precluded from re-filing the motion for summary judgment as appropriate.

**IT IS FURTHER ORDERED** that Taylor Energy's Motion Under Fed. R. Civ. P. 56(D) to Continue Submission Date on Federal Defendants' Motion for Summary Judgment and for Discovery (R. Doc. 110) is **DENIED WITHOUT PREJUDICE.**[1] Plaintiff is not precluded from re-filing discovery motions as appropriate.

---

[1] On June 13, 2019, the Court ruled on Taylor Energy's Motion Under Fed. R. Civ. P. 56(D) to Continue Submission Date on Federal Defendants' Motion for Summary Judgment and for Discovery (R. Doc. 110) but did not address the discovery issues (R. Doc. 118).

**IT IS FURTHER ORDERED** that the Joint Motion to Continue Submission Date on "Federal Defendants' Motion for Summary Judgment" (R. Doc. 192) is **DENIED AS MOOT.**

**New Orleans, Louisiana**, on this 3rd day of February, 2020.

_____
**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**