UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC,<br><br>     **Plaintiff,**<br><br>VERSUS<br><br>CAPTAIN KRISTI M. LUTTRELL, IN HER OFFICIAL CAPACITY AS FEDERAL ON-SCENE COORDINATOR FOR THE MC20 UNIFIED COMMAND, and THE UNITED STATES OF AMERICA, ACTING BY AND THROUGH THE UNITED STATES COAST GUARD,<br><br>     **Defendants** | CIVIL ACTION<br><br>NO.:          18-14046 c/w<br>                   18-14051<br><br>Refers to:   18-14046<br><br>SECTION:   T(5)<br><br>JUDGE:       GUIDRY<br><br>MAGISTRATE:   NORTH |

**O R D E R**

Considering the foregoing Motion Requesting Status Conference filed herein by Plaintiff Taylor Energy Company LLC;

IT IS HEREBY ORDERED that counsel for the parties shall make themselves available for a telephone status conference on the _____ day of October, 2020 at _____.

New Orleans, Louisiana, this _____ day of October, 2020.

_____
UNITED STATES MAGISTRATE JUDGE

**MOOT**

{N4104214.1}