UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY, L.L.C. | CIVIL ACTION |
| VERSUS | NO: 2:18-cv-14046 |
| KRISTI M. LUTTRELL, et al. | SECTION: T (5) |

## ORDER

Considering the Court's Order of November 13, 2020 (R. Doc. 356), and the ongoing jurisdictional discovery and related discovery issues (*see* R. Docs. 357, 358, and 359),

**IT IS ORDERED** that the Motion for Summary Judgment and Motion in the Alternative for Partial Judgment on the Pleadings (R. Doc. 239) are hereby DISMISSED WITHOUT PREJUDICE. Defendants Captain Kristi M. Luttrell, in her official capacity as Federal On-Scene Coordinator for the MC20 Unified Command, and the United States of America, acting by and through the United States Coast Guard (collectively, "Federal Defendants"), may refile their motions for submission to the Court on or before March 31, 2021.

New Orleans, Louisiana, this 6th day of January 2021.

GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE