UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

TAYLOR ENERGY COMPANY LLC                CIVIL ACTION

VERSUS                                                       NUMBER:  18-14046
                                                                           c/w 18-14051

CAPTAIN KRISTI M. LUTTRELL, ET AL.        SECTION:  "T"(5)

### ORDER

Plaintiff's motion for contempt (rec. doc. 368) will be decided on the briefs without oral argument.

New Orleans, Louisiana, this 26th day of April, 2021.

MICHAEL B. NORTH
UNITED STATES MAGISTRATE JUDGE