# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| TAYLOR ENERGY COMPANY LLC | CIVIL ACTION NO.<br>18-14046  C/W  18-14051 |
| VERSUS | |
| | MOTION PERTAINS TO: 18-14046 |
| CAPTAIN WILL WATSON,<br>IN HIS OFFICIAL CAPACITY AS<br>FEDERAL ON-SCENE COORDINATOR<br>FOR THE MC20 UNIFIED COMMAND, et al. | SECTION:  T (5)<br><br>JUDGE:  GREG G. GUIDRY |
| | MAGISTRATE JUDGE:<br>MICHAEL B. NORTH |

## ORDER

Considering the Federal Defendants' Motion to Lift Stay and Allow Merits Discovery (R. Doc. 371) and the response consenting to the Motion filed by Taylor Energy Company (R. Doc. 372);

**IT IS ORDERED** that the Motion is **GRANTED**. The Court's Order of August 26, 2020 staying merits proceedings in this case (Rec. Doc. 307) is hereby rescinded, and said stay is lifted, by effect of this order. The Court's case manager will notice a scheduling conference to set a new trial date and related pretrial deadlines not yet elapsed.

New Orleans, Louisiana, this __23rd__ day of June, 2021.

**GREG GERARD GUIDRY**
**UNITED STATES DISTRICT JUDGE**